## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

———————————————————————

**RUSSELL LOPES,**                                  )
                                                    )
    **Plaintiff,**                           )
                                                    )
    **v.**                                  )
                                                    )   **Case No. 20-cv-03849 (APM)**
**WASHINGTON METROPOLITAN**                         )
**TRANSIT AUTHORITY,**                              )
                                                    )
    **Defendant.**                           )
———————————————————————            )

## <u>ORDER</u>

For the reasons set forth in the court's Memorandum Opinion, ECF No. 33, Defendant's

Motion for Summary Judgment, ECF No. 29, is granted in full.

This is a final, appealable order.


Dated:  August 3, 2023

                                      Amit P. Mehta
                            United States District Court Judge