# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-7111**                           **September Term, 2023**

**1:20-cv-03849-APM**

**Filed On: March 29, 2024** [2047479]

Russell Lopes,

         Appellant

    v.

Washington Metropolitan Area Transit Authority,

         Appellee

## M A N D A T E

In accordance with the order of February 20, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                           **FOR THE COURT:**
                                           Mark J. Langer, Clerk

                 BY:      /s/
                                           Daniel J. Reidy
                                           Deputy Clerk

Link to the order filed February 20, 2024